IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Mark T. Lee, | ) | C/A No.: 3:12-2109-CMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EIBOT, LLC and n-Link Corp., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

  This matter came before the court on a status conference on August 5, 2013 regarding the parties' consent motion [Entry #42] to stay the case, pending the resolution of Plaintiff's EEOC charge against the United States Army ("Army"). The parties indicated that Plaintiff's allegations against the Army are similar and involve the same witnesses as the allegations against defendants in the instant case and should therefore be litigated in one proceeding. [Entry #42 at 9]. Plaintiff's counsel offered to request a Right to Sue letter from the EEOC in order to enable this case to be litigated with Plaintiff's potential claim against the Army.

  The undersigned denies the motion to stay this matter, but grants the parties' consent motion to the extent it seeks a suspension of the deadlines until Plaintiff obtains a Right to Sue the Army from the EEOC. The scheduling order deadlines are suspended until October 4, 2013. The parties are instructed to file a status report prior by October 4, 2013, informing the court whether a Right to Sue Letter has issued. If the Right to Sue letter has issued, the parties are to include proposed amended scheduling order deadlines

2

in the status report. If the Right to Sue letter has not yet issued, the parties are directed to inform the court whether a further suspension of the deadlines would be appropriate.

    IT IS SO ORDERED.

August 5, 2013  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge

2